**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-1717**

———————

EUGENE PAUL HARRISON, a/k/a Eugene P. Harrison, a/k/a
Eugene Paul Harrison, Sr.,

             Plaintiff – Appellant,

      v.

BINGO OLD SOLOMON KITCHEN; JAMES FELDER, Owner; ROCHELLE
HEYWARD, Manager,

             Defendants – Appellees,

      and

JESSE FOSTER,

             Defendant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Patrick Michael Duffy, District
Judge.  (3:08-cv-02651-PMD)

———————

Submitted:  October 15, 2009         Decided:  October 19, 2009

———————

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Eugene Paul Harrison, Appellant Pro Se.   James Felder; Rochelle
Heyward, Appellees Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Paul Harrison appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to the Defendants in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Harrison v. Bingo Old Solomon Kitchen, No. 3:08-cv-02651-PMD (D.S.C. June 19, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED